# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **NANCY KOENIG,** | ) | |
| | ) | |
| Plaintiff, | ) | **8:05CV476** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **CBIZ BENEFITS & INSURANCE SERVICES, INC.,** | ) ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the motion for leave to withdraw of Georgina R. Adami of Kutak Rock LLP (Filing No. 15) as counsel for the defendant CBIZ Benefits & Insurance Services, Inc. The defendant continues to be represented by counsel from the same law firm. The Court finds the movant has shown good cause for withdrawal as required under NEGenR 1.3(f). Upon consideration,

**IT IS ORDERED:**

1. The motion for leave to withdraw of Georgina R. Adami (Filing No. 15) as counsel for the defendant is granted.

2. The Clerk of Court shall stop all electronic notices to Georgina R. Adami regarding this case.

DATED this 9th day of March, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge