**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **NANCY KOENIG,** | ) | **Case No. 8:05CV476** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **CBIZ BENEFITS AND INSURANCE** | ) | |
| **SERVICES, INC., a Missouri** | ) | |
| **corporation,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

The Court, having considered Plaintiff Nancy Koenig's ("Plaintiff") Unopposed Motion for Extension of Time to File Response to Defendant's Motion for Summary Judgment [Doc # 32] and for good cause shown, hereby grants Plaintiff's unopposed motion for extension of time to file her response brief to Defendant's motion for summary judgment.  The deadline for Plaintiff's response to Defendant's motion for summary judgment shall be extended up to and including eight (8) days to September 5, 2006.

DATED: August 23, 2006.


s/Joseph F. Bataillon
United States District Court Judge