IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NANCY KOENIG, ) | Case No. 8:05CV476 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| CBIZ BENEFITS AND INSURANCE ) | |
| SERVICES, INC., a Missouri ) | |
| corporation, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The Court, having considered CBIZ Benefits & Insurance, Inc.'s ("CBIZ") motion for extension of time to reply to plaintiff's opposition to defendant's motion for summary judgment, Filing No. 40, and for good cause shown, hereby grants CBIZ's motion. The deadline for CBIZ to file its reply is hereby extended to and includes September 19, 2006.

DATED: September 12, 2006.

s/Joseph F. Bataillon
United States District Court Judge