### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NANCY KOENIG | Case No. 8:05CV476 |
| Plaintiff, | |
| v. | |
| CBIZ BENEFITS & INSURANCE SERVICES, INC., a Missouri corporation, | |
| Defendant. | |

## ORDER OF DISMISSAL

The Court, having considered the joint stipulation for dismissal with prejudice [Doc. #49], hereby grants the stipulation and all claims and counterclaims asserted in this matter are dismissed, with prejudice, each party to pay its own costs and attorneys' fees.

Dated this 6th day of December, 2006

.

**s/ Joseph F. Bataillon**

United States District Court Judge